UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE: SUBPOENA TO REDDIT, INC.

REDDIT, INC.,

    Interested Party - Appellee,

v.

VOLTAGE HOLDINGS, LLC; et al.,

    Movants - Appellants.

No. 24-3893

D.C. No.
3:24-mc-80005-JD
Northern District of California,
San Francisco

ORDER

The court has received the notice of bankruptcy filed at Docket Entry No. 12. Appellate proceedings are stayed for Screen Media Ventures, LLC only, due to the automatic stay imposed by 11 U.S.C. § 362. *See Cohen v. Stratosphere Corp.*, 115 F.3d 695, 697 (9th Cir. 1997).

On or before October 28, 2024, Screen Media Ventures, LLC must file a status report concerning the bankruptcy proceeding. The status report should include: the court and case number of the bankruptcy proceeding; whether any party to this appeal has sought relief from the automatic stay; and the projected termination date of the automatic stay, if known.

This appeal will proceed as to the remaining parties. The existing briefing

schedule remains in effect.

                                                    FOR THE COURT:

                                                    MOLLY C. DWYER
                                                    CLERK OF COURT