

# CULPEPPER IP, LLLC

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
―――――――
PATENTS, TRADEMARKS & COPYRIGHTS

<u>Via ACMS</u>

Jan. 2, 2025

Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103

Re: *Killing Link Distribution, LLC, et al. v. Reddit, Inc.*, Case No. 24-3893[1]
Re: Appellant Miller's notification of adopting the opening brief on file

Dear Sir or Madam,

      I represent Appellants Chapter 7 trustee George L. Miller and Killing Link Distribution, LLC in this appeal. The Order [Doc. #38.1] of Dec. 30, 2024 states that "Within 14 days, appellant Miller must notify the court in writing whether appellant prefers to adopt the opening brief on file, or to submit a supplemental or replacement brief." Appellant Miller notifies the Court that he adopts the opening brief.

Respectfully,
*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
kculpepper@culpepperip.com

---

[1] As counsel noted to the Court on June 29, 2024, Voltage Holdings, LLC is not an appellant. *See* Doc. #5.1. Accordingly, Voltage Holdings, LLC should not be in the case caption as Appellant.