No. 24-3893

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

IN RE: SUBPOENA TO REDDIT, INC.

REDDIT, INC.

*Interested Party-Appellee*,

v.

KILLING LINK DISTRIBUTION, LLC AND GEORGE L. MILLER

*Movants-Appellants,*

VOLTAGE HOLDINGS, LLC

*Movant*

On Appeal from the United States District Court
for the Northern District of California
No. 1:24-mc-80005-JD
Hon. James Donato

**APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Kerry S. Culpepper, HI Bar No. 9837
Culpepper IP, LLLC
75-170 Hualalai Rd, Suite B204
Kailua Kona, HI 96740
808-464-4047

kculpepper@culpepperip.com
*Attorney for Appellants*

# APPELLANTS' UNOPPOSSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rules of Appellate Procedure 42(b)(2), Movant-Appellants George L. Miller and Killing Link Distribution, LLC (collectively, "Appellants") move the Court for an order dismissing the above-captioned appeal.

## I.　ARGUMENT

The subject of this appeal is denial of a motion to compel filed by Appellants in the Northern District of California to compel Non-Party Appellee Reddit, Inc. ("Reddit") to comply with a Fed. R. Civ. P. 45 subpoena issued in an underlying case between Appellees and Frontier Communications, Inc. ("Frontier") in the Bankruptcy Court of the Southern District of New York. Frontier and Appellants settled their dispute. Per the settlement, the S.D.N.Y. Bankruptcy Court dismissed the underlying case on 5/6/2024. Accordingly, Appellants' position is that this appeal is *moot*. "The constitutional validity of subpoenas now procedurally void presents no live case or controversy." *In re Applications of El Paso*, 281 U.S. App. D.C. 112, 887 F.2d 1103, 1106 (1989) (citing *Burke v. Barnes*, 479 U.S. 361, 363, 93 L. Ed. 2d 732, 107 S. Ct. 734 (1987); *United States v. Krane*, 625 F.3d 568, 573 (9th Cir. 2010) (citing *El Paso*).

Appellants' counsel met and conferred with counsel for Reddit on 5/6-5/9/2025 regarding the relief sought by this motion. Appellants and Reddit agree that this Appeal should be dismissed with each side bearing its own costs and fees

1

on appeal. However, Appellants and Reddit could not agree to language of a stipulation concerning the effect of this dismissal on Reddit's purported entitlement to attorney's fees and costs in the District Court.

*Reddit's position – reproduced from Reddit's counsel*

Appellee Reddit does not object to Appellants' request to voluntarily dismiss this appeal. Reddit respectfully states that it may file a motion in the district court for costs and attorney fees to which it is entitled under Federal Rule of Civil Procedure 37(a)(5)(B). Reddit's position is that the dismissal of the appeal has no impact on such a motion to the district court, should one be filed.

## II.   CONCLUSION

For the foregoing reasons, the Court should grant Appellants' motion and dismiss this appeal with prejudice, with each side to bear its own costs and fees on appeal.

## FRAP 32(g) CERTIFICATE OF COMPLIANCE

I hereby certify that this document has <u>less than 400 words</u> and complies with the type-volume limitations of FRAP 27(d)(2).

2

Date: May 9, 2025

                    Culpepper IP, LLLC

                    */s/ Kerry S. Culpepper*
                    Kerry S. Culpepper

                    *Attorney for Appellants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 9, 2025</u>, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Culpepper IP, LLLC

<u>*/s/ Kerry S. Culpepper*</u>
Kerry S. Culpepper

*Attorney for Appellants*

4