No. 24-3893

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

IN RE: SUBPOENA TO REDDIT, INC.

REDDIT, INC.

*Interested Party-Appellee*,

v.

KILLING LINK DISTRIBUTION, LLC AND GEORGE L. MILLER

*Movants-Appellants,*

VOLTAGE HOLDINGS, LLC

*Movant*

On Appeal from the United States District Court
for the Northern District of California
No. 1:24-mc-80005-JD
Hon. James Donato

**DECLARATION OF KERRY S. CULPEPPER IN SUPPORT OF
UNOPPOSED VOLUNTARY MOTION TO DISMISS**

I, KERRY S. CULPEPPER, hereby declare under penalty of law that the following is true and correct:

1.  I am an attorney at law admitted to practice before this Court. I represent

1

Appellants in this matter and in the underlying case against Frontier Communications, Inc. ("Frontier") in the Bankruptcy Court for the Southern District of New York.

2.　The subject of this appeal is denial of a motion to compel filed by Appellants in the Northern District of California to compel Non-Party Appellee Reddit, Inc. ("Reddit") to comply with a Fed. R. Civ. P. 45 subpoena issued in an underlying case between Appellants and Frontier in the Bankruptcy Court of the Southern District of New York.

3.　Frontier and Appellants settled their dispute.

4.　Per the settlement, the S.D.N.Y. Bankruptcy Court endorsed Frontier and Appellants' joint stipulation for dismissals and dismissed Appellants' underlying case on 5/6/2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 9, 2025.

　　　　　　　　　　　　　　　　　　　_/s/ Kerry S. Culpepper_
　　　　　　　　　　　　　　　　　　　Kerry S. Culpepper, HI Bar No. 9837
　　　　　　　　　　　　　　　　　　　Culpepper IP, LLLC
　　　　　　　　　　　　　　　　　　　75-170 Hualalai Rd, Suite B204
　　　　　　　　　　　　　　　　　　　Kailua Kona, HI 96740
　　　　　　　　　　　　　　　　　　　808-464-4047
　　　　　　　　　　　　　　　　　　　kculpepper@culpepperip.com
　　　　　　　　　　　　　　　　　　　*Attorney for Appellants*