No. 24-3893

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

IN RE: SUBPOENA TO REDDIT, INC.

REDDIT, INC.

*Interested Party-Appellee*,

v.

KILLING LINK DISTRIBUTION, LLC AND GEORGE L. MILLER

*Movants-Appellants,*

VOLTAGE HOLDINGS, LLC

*Movant*

On Appeal from the United States District Court
for the Northern District of California
No. 1:24-mc-80005-JD
Hon. James Donato

**APPELLANTS' NOTICE OF ERRATA**

Kerry S. Culpepper, HI Bar No. 9837
Culpepper IP, LLLC
75-170 Hualalai Rd, Suite B204
Kailua Kona, HI 96740
808-464-4047
kculpepper@culpepperip.com

*Attorney for Appellants*

## APPELLANTS' NOTICE OF ERRATA

The motion of Movant-Appellants George L. Miller and Killing Link Distribution, LLC (collectively, "Appellants") for voluntary dismissal and declaration of Appellants' counsel refers to a dismissal in the underlying case in the S.D.N.Y. Bankruptcy Court on 5/6/2024. This is a typographical error. The correct date is 5/6/20<u>25</u>.

Date: May 9, 2025

                                       Culpepper IP, LLLC

                                       <u>*/s/ Kerry S. Culpepper*</u>
                                       Kerry S. Culpepper

                                       *Attorney for Appellants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        Culpepper IP, LLLC

        */s/ Kerry S. Culpepper*
        Kerry S. Culpepper

        *Attorney for Appellants*