UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAY 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| IN RE: SUBPOENA TO REDDIT, INC. | No. 24-3893 |
| -------------------------------------- | D.C. No. 3:24-mc-80005-JD Northern District of California, San Francisco |
| REDDIT, INC., | ORDER |
|        Interested Party - Appellee, | |
|  v. | |
| VOLTAGE HOLDINGS, LLC; et al., | |
|        Movants, | |
| and | |
| KILLING LINK DISTRIBUTION, LLC and GEORGE L. MILLER, Chapter 7 Trustee, | |
|        Movants - Appellants. | |

The Court **GRANTS** Appellants' motion to voluntarily dismiss the appeal.

**Dkt. No. 53.**  Pursuant to the motion, each party shall bear its own costs and fees

on appeal.  The filing of this order shall serve as the Court's mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT